UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Ford Fusion and C-Max Fuel Economy Litigation<br><br>This Document Relates to All Actions. | Case No. 7:13-md-02450-KMK<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of EMILY J. KIRK, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Illinois and Missouri; and that her contact information is as follows:

Emily J. Kirk
**McCUNEWRIGHT, LLP**
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/20/16

Hon. Kenneth M. Karas
United States District Court Judge