# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW
600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

LONG ISLAND OFFICE
390 OLD COUNTRY ROAD
1ST FLOOR
GARDEN CITY, NEW YORK 11530
TELEPHONE: 516-281-9600
FAX: 516-280-3964

September 13, 2017

PETER J. FAZIO
(212) 593-5458
PJFAZIO@ARFD.COM

United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601
Attention: United States District Court Judge Kenneth M. Karas

Re:   *In re: Ford Fusion and C-.MAX Fuel Economy Litigation*
      Case No. 13-MD-2450 (KMK)
      Our File No. 5003.010

Dear Honorable Judge Karas:

On July 24, 2017, the Court entered an opinion granting, in part, and denying, in part, Ford's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("SAC"). Pursuant to that order, the Ford's Answer to Plaintiffs' SAC was due August 14, 2017. Pursuant to the Court's January 24, 2017 Second Amended Case Management and Scheduling Order, the deadline for Plaintiffs to file their Motion for Class Certification was August 23, 2017.

The parties are currently exploring whether a settlement may be possible in this case and agree that an extension as to Ford's time to Answer the SAC and Plaintiffs' time to file their Motion for Class Certification is appropriate to preserve judicial and party resources. On August 14, the Court entered a stipulated order extending the deadline for Ford's Answer to Plaintiffs' SAC to September 13, 2017, and the deadline for Plaintiffs' Motion for Class Certification to September 22, 2017. The parties are still engaged in discussing settlement and agree that an additional 45 day extension is appropriate.

As set forth in the attached stipulation and proposed order, the parties request that the Court order that Ford's deadline to file its Answer to Plaintiffs' SAC is extended to October 30, 2017, and Plaintiffs' deadline to file their Motion for Class Certification is extended to November 6, 2017. If the Court would like to discuss this issue with the parties, we request the that the Court schedule a telephonic status conference.

{02039005.DOC }

-2-

Attention: Honorable Judge Karas
September 13, 2017
RE:  *In re: Ford Fusion and C-.MAX Fuel Economy Litigation*


Should the Court require any additional information, please do not hesitate to contact the undersigned.

Very truly yours,

PETER J. FAZIO /s/

Peter J. Fazio

PJF:jo


CC: ECF to all Parties

{02039005.DOC }