UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br><br> *Ford Fusion and C-Max Fuel Economy Litigation,* <br><br> *This Document Relates to All Actions.* | Case No. 13-MD-2450 (KMK) <br> 15 CV 6107 <br> ~~PROPOSED~~ STIPULATED ORDER EXTENDING TIME FOR FORD'S ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

On July 24, 2017, the Court entered an opinion granting, in part, and denying, in part, Ford's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("SAC"). Pursuant to that order, the Ford's Answer to Plaintiffs' SAC was due August 14, 2017. Pursuant to the Court's January 24, 2017 Second Amended Case Management and Scheduling Order, the deadline for Plaintiffs to file their Motion for Class Certification was August 23, 2017.

The parties are currently exploring whether a settlement may be possible in this case and agree that an extension as to Ford's time to Answer the SAC and Plaintiffs' time to file their Motion for Class Certification is appropriate to preserve judicial and party resources. On August 14, the Court entered a stipulated order extending the deadline for Ford's Answer to Plaintiffs' SAC to September 13, 2017, and the deadline for Plaintiffs' Motion for Class Certification to September 22, 2017. The parties are still engaged in discussing settlement and agree that an additional 45 day extension is appropriate.

Upon stipulation of counsel of record, as set forth below, and the Court being otherwise fully advised in the premises:

IT IS ORDERED as follows: Ford's deadline to file its Answer to Plaintiffs' SAC is extended to October 30, 2017, and Plaintiffs' deadline to file their Motion for Class Certification is extended to November 6, 2017. *There will be no more extensions.*

DATED:   September 14, 2017, White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

1

**SO STIPULATED**

DATED: September 13, 2017                    **MCCUNE WRIGHT, LLP**

*/s/ Elaine S. Kusel*
RICHARD D. MCCUNE
ELAINE S. KUSEL
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  909/557-1250
909/557-1275 (fax)


**ROBBINS GELLER RUDMAN& DOWD LLP**
MARK J. DEARMAN
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

**ROBBINS GELLER RUDMAN& DOWD LLP**
SAMUEL H. RUDMAN
ROBERT ROTHMAN
MARK S. REICH
AVITAL MALINA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

**ROBBINS GELLER RUDMAN & DOWD LLP**
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

**GIBBS LAW GROUP LLP**
ERIC GIBBS
DAVID STEIN
GEOFFREY A. MUNROE
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415/981-4800
415/981-4846 (fax)

*Lead Counsel*

**MORGAN & MORGAN, P.C.**
JOHN A. YANCHUNIS
RACHEL L. SOFFIN
One Tampa City Center, 7th Floor
Tampa, Florida 33602
Telephone (813) 275-5272
(813) 223-5402 (fax)

**FARMER JAFFE WEISSING EDWARDS FISTOS & LEHRMAN, P.L.**
STEPHEN R. JAFFE
MARK FISTOS
SETH LEHRMAN
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL  33321
Telephone:  954/385-8995
954/524-2822 (fax)

**SEEGER WEISS LLP**
SCOTT ALAN GEORGE
77 Water Street, 26th Floor
New York, NY 10005
Telephone: 215/584-0700
215/584-0799 (fax)

**THE STECKLER LAW GROUP**
BRUCE W. STECKLER
MAZIN SBAITI
12700 Park Central Drive, Suite 1900
Dallas, TX  75251
Telephone:  972/387-4040
972/387-4041 (fax)

*Plaintiffs' Executive Committee*

**DYKEMA GOSSETT PLLC**

*s/David M. George*
_____
DAVID M. GEORGE (admitted *pro hac vice*)
JOHN M. THOMAS
2723 South State Street, Suite 400
Ann Arbor, MI 48104
734-214-7660

PAUL L. NYSTOM
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
248-203-0855

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
PETER JOSEPH FAZIO
600 Third Avenue
New York, NY 10016
212-593-5458

*Attorneys for Defendant*
*Ford Motor Company*